IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| SHEILA HOWINGTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 3:17-cv-00167-TCB-RGV |
| | : | |
| TROUP COUNTY, TROUP COUNTY | : | |
| HOGANSVILLE SENIOR CENTER, and | : | |
| DAN WOOTEN, | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Howington, Sheila, Plaintiff

- Troup County, Defendant

- "Troup County Hogansville Senior Center," Defendant

- Wooten, Dan, Defendant

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Chambless, Higdon, Richardson, Katz & Griggs, LLP

- Slipakoff & Slomka, LLP

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

-   Clay, Frances L., Esq.

-   Slomka, Howard, Esq.

Respectfully submitted this 18th day of January, 2018.

*/s/Frances L. Clay*_____

Frances L. Clay
Chambless, Higdon, Richardson,
Katz & Griggs, LLP
P.O. Box 18086
Macon, GA 31209-8086
Phone:  478/745-1181
Fax:     478/746-9479
E-mail:  fclay@chrkglaw.com
Georgia Bar No. 129613

**Attorney for Defendants**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notice to the following CM/ECF participant: howie@slomkalawfirm.com.

This 18th day of January, 2018.

*/s/ Frances L. Clay*
Frances L. Clay